# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ORDONEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No.  1:22-cv-00985-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2)<br><br>TWENTY-ONE DAY DEADLINE |

On August 8, 2022, Plaintiff Robert Ordonez ("Plaintiff"), through counsel, filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration.  (Doc. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2).  However, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports receiving $2,900.00 in Social Security backpay and that he has "$22k in a 401k . . . with [his] ex-wife, and a second 410k of $42,000."  (Doc. 2 at 1.)  It is unclear to the Court whether Plaintiff continues to receive Social Security payments or if he has access to his "401k" accounts.  Further, Plaintiff's monthly expenses are not identified.  Plaintiff indicates that

his girlfriend pays for housing, utilities, and food.  Although Plaintiff states that he owes child support of about $40,000, there is no identification of any monthly payment amount.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2 Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **October 17, 2022**          /s/ Barbara A. McAuliffe          _
                                            UNITED STATES MAGISTRATE JUDGE